# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor  
New York, New York 10022

Telephone (212) 317-1200  
Facsimile. (212) 317-1620

jbarton@faillacelaw com

June 13, 2016

**Via ECF**  
Honorable John G. Koeltl  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#  
DATE FILED: 6/15/16

Re:   Candia, et al. v. Kreatsoulas, et al.;  
    Index No. 15-cv-5122 (JGK)

Dear Judge Koeltl:

We represent Plaintiffs in the above referenced matter. We write to advise the Court that the parties have reached a settlement agreement in principal. The parties expect to be in a position to submit their settlement documents to the Court for review within thirty days. Accordingly, we respectfully request the deadline to submit post-trial materials, currently scheduled for June 15, 2016, be adjourned sine die. This is the first request of its kind and is submitted on consent.

Sincerely,

/s/  
Jesse Barton, Esq.  
Michael Faillace & Associates, P.C.

Certified as a minority-owned business in the State of New York

---

*Handwritten order:* Time to submit post trial filings is extended to July 15, 2016. Such filings need not be submitted if the parties submit a settlement to the Court prior to that date with an explanation why the settlement is fair and reasonable. SO ordered.

/s/ J. G. Koeltl  
6/15/16   U.S.D.J.